85 So.3d 95 (2012)
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON Subscribing to Certificate No. GGAPKG4527
v.
LIN'S PROPERTIES, LLC, a/d/a Lin's Properties, LLC, et al.
Lan T. Nguyen, Individually and as the Natural Tutor of Theresa Lan Thao Cao, and Bang Viet Cao
v.
Lin's Property, LLC a/k/a Lin's Properties, LLC, Tokyo Hibachi Grill & Bar, LLC, Mei Quing Lin, Wan Wang Lin, and Certain Underwriters at Lloyd's London.
No. 2012-CC-0174.
Supreme Court of Louisiana.
March 23, 2012.
*96 Denied.